# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

JUSTIN L. SUTTON, as Personal )
Representative of the ESTATE OF )
HARTWELL LANIER KING, SR., and )
BETTY K. SUTTON, Individually, )
                                        )                 1:21CV95
               Plaintiffs, )
                                          )
              v. )
                                          )
ROCKINGHAM COUNTY, *et al.*, )
                                          )
              Defendants.

## JUDGMENT

For the reasons set forth in an Order filed contemporaneously with this Judgment,

**IT IS HEREBY ORDERED AND ADJUDGED** that Defendants' Motion for Summary Judgment, (ECF No. 35), is **GRANTED**, and with there being no remaining claims, the action is **DISMISSED**.

This, the 6th day of November 2023.

/s/ Loretta C. Biggs
United States District Judge

1